## RELEASE IN FULL OF ALL CLAIMS AND RIGHTS

IN CONSIDERATION of the sum of $5,620.00 (FIVE THOUSAND SIX HUNDRED AND TWENTY DOLLARS), Timothy Actkinson releases and discharges the State of Oregon and all departments, agencies, officers, agents, and employees of the State of Oregon, including but not limited to the Oregon Department of Corrections, of and from any and all known or unknown or unforeseen: actions, claims, liabilities, injury, losses, rights of contribution or indemnity, and damages without limitation which now exist to include but not limited to those alleged or which may develop or are in any way connected with or based upon (1) the allegations set forth in documents filed in the United States District Court, District of Oregon, Case Nos. 6:04-cv-00698-AA and 6:08-cv-0187-TC respectively entitled *TIMOTHY ACTKINSON V. DR. JOHN MICHAEL VARGO et. al.* and *TIMOTHY TABIAS ACTKINSON V. DR. STEVE SHELTON et. al.*; and (2) any aspect of plaintiff's imprisonment by the Oregon Department of Corrections up to the present date—regardless of whether Timothy Actkinson has yet discovered any potential or actual injury—including but not limited to the medical and mental health care provided or not provided to plaintiff during his incarceration and any event regarding property, or use of force or other event.

I agree that all the health and mental health care provided to me during my prior imprisonments in State of Oregon prisons was medically appropriate, and that I was properly diagnosed and treated for all medical and mental health concerns that I raised during those incarcerations.

I hereby expressly waive and relinquish any and all rights under any law or statute of the State of Oregon and the United States for any and all damages or injuries arising out of or related to the above entitled cases and matters referred to above.

I agree to pay and satisfy all unsatisfied bills, charges, liens, subrogation rights, and reimbursement rights which are or may be presented or held by other persons or organizations having provided services, insurance benefits, or other value to me or on my behalf as a result of the injuries and damages arising out of the matters described and referred to herein. I further agree to hold harmless from any such claims the parties being released, their agents, representatives, successors, and assigns.

I understand and agree that this is a compromise settlement, and payment is accepted voluntarily as full and final compromise, satisfaction and settlement of disputed claims and rights. I further understand and agree that this settlement is not to be considered as an admission of any liability or fault whatsoever, in whole or in part, for the incident by the parties released, their agents, or representatives. I further understand and agree that the parties who are released by this agreement expressly deny any liability or fault whatsoever, in whole or in part, for the matters described and referred to by this document.

I agree that, pursuant to this settlement, defendants may take the necessary steps to cause an order of dismissal with prejudice and without costs of the lawsuit to be entered in Case Nos. 6:04-cv-00698-AA and 6:08-cv-0187-TC respectively entitled *TIMOTHY ACTKINSON V. DR. JOHN MICHAEL VARGO et. al.* and *TIMOTHY TABIAS ACTKINSON V. DR. STEVE SHELTON et. al.*, in the District of Oregon.

This release contains the entire agreement between me and the parties released and their agents and representatives, and it is agreed that the terms of this release are contractual and not merely recitals.

I UNDERSTAND THIS IS ALL THE MONEY I WILL RECEIVE AS A RESULT OF THE MATTERS REFERRED TO HEREIN.

I HAVE READ THIS RELEASE; I UNDERSTAND IT; AND I AM SIGNING IT VOLUNTARILY.

DATED this 12th day of June, 2009.

_____
Timothy Actkinson

Subscribed and sworn to before me this 12th day of June, 2009 in the State of Oregon, County of Lane.

OFFICIAL SEAL
HANNAH L SWAN
NOTARY PUBLIC-OREGON
COMMISSION NO. 417510
MY COMMISSION EXPIRES MAY 17, 2011

_____
Notary Public for Oregon
My commission expires: 5.17.11

Approved as to form: _____
Emilio Bandiero, OSB #91019
Attorney for Timothy Actkinson

Page 3 - RELEASE IN FULL OF ALL CLAIMS AND RIGHTS

Exhibit 1, Page 3 of 4
to Notice of Settlement
Actkinson, 6:08-cv-0187-TC

**EMILIO F. BANDIERO**,
e-mail: efband@aol.com
Law Office of Emilio F. Bandiero, P.C.
975 Oak Street, Suite 625
Eugene, Oregon 97401
Telephone: (541) 344-1637
Facsimile: (541) 344-2956
**OSB #91019**

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| TIMOTHY TABIAS ACTKINSON, | 08-cv-0187- TC |
| Plaintiff, | **AUTHORIZATION OF TIMOTHY ACTKINSON FOR EMILIO F. BANDIERO TO REPRESENT HIM IN THIS MATTER** |
| vs. | |
| DR. STEVE SHELTON, et al, | |
| Defendants. | |

I, TIMOTHY ACTKINSON, the plaintiff in the above entitled matter, hereby authorize Emilio F. Bandiero, Attorney at Law, to represent me in this matter for the purposes of settlement of this case in conjunction with United States District Court Case number 04-cv-00698, titled Acktinson v. Dr. John Michael Vargo, et, al.

DATED THIS 12th DAY OF JUNE, 2009.

_____
TIMOTHY T. ACKTINSON

**AUTHORIZATION OF TIMOTHY ACKTINSON**

Exhibit 1, Page 4 of 4
to Notice of Settlement
Actkinson, 6:08-cv-0187-TC